**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

No. 97-1954

_____

|  |  |  |
|---|---|---|
| Home Insurance Company, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United |
| | * | States District Court for |
| Waycrosse, Inc., Mail-Merged into | * | the District of Minnesota. |
| Cargill, Inc., a Delaware corporation | * | |
| and Silent Knight Security Systems, | * | [UNPUBLISHED] |
| Inc., a/k/a Waycrosse, Inc., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  November 19, 1997
Filed:  December 5, 1997

_____

Before BOWMAN, BRIGHT, and MURPHY, Circuit Judges.

_____

PER CURIAM.

On cross-motions for summary judgment, the District Court[1] determined that Home Insurance Company had not met its burden to show it may avoid a duty to defend the appellees in an action filed against them (and others) by Life Point Systems, Inc., et al. in the Northern District of California.  The court did not reach the question

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

of whether the insurance policies at issue in fact provide the appellees with coverage for any of the claims of the plaintiffs in the <u>Life Point</u> action, nor did it decide whether Home Insurance had a duty to indemnify the appellees with respect to any of those claims.  Home Insurance appeals.

Having reviewed the case, we are unable to conclude that the District Court erred in its ruling on the duty-to-defend question.  Because the legal issues presented are governed by state law, and an opinion by this Court would add nothing of precedential value to the District Court's thorough and well-written memorandum opinion and order, we forego extended discussion of the issues.  The judgment of the District Court is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.